**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UP-SIDE MANAGEMENT COMPANY,
A North Carolina Corporation,

    Plaintiff,

v.

    Case No. 3:23-cv-968-TJC-MCR

J. E. SHURDEN CONSTRUCTION,
LLC, a Mississippi limited liability
company,

    Defendant.

**O R D E R**

Upon review of the Joint Stipulation of Dismissal with Prejudice (Doc. 59), filed on April 21, 2025, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The file remains closed.

**DONE AND ORDERED** in Jacksonville, Florida this 25th day of April, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

ddw
Copies:

Counsel of record